UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

CASE NO. 6:23-cv-00162-JAR

TYLER STREATER, individually and
on behalf of all others similarly situated,

      **CLASS ACTION**

   Plaintiff,

      **JURY TRIAL DEMANDED**

v.

WHALECO, INC. d/b/a TEMU,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tyler Streater, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, as well as the putative class members' claims, are hereby dismissed <u>without</u> prejudice.

Date: July 6, 2023

      Respectfully submitted,

      **HIRALDO P.A.**
      401 E. Las Olas Boulevard, Suite 1400
      Ft. Lauderdale, Florida 33301

      <u>/s/ Manuel S. Hiraldo</u>
      Manuel S. Hiraldo
      Florida Bar No. 030380
      Email: mhiraldo@hiraldolaw.com
      Telephone: 954.400.4713
      *Counsel for Plaintiff*